Martin W. Chow, Esq. (MC2013)
Law Offices of Martin W. Chow, LLC
665 Newark Avenue, Suite 407
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218
   -  and –
2861 Royle Street
Bellmore, NY 11710

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 6 2011 ★

BROOKLYN OFFICE

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV11 - 2710**

GLEESON, J.

------

WEIFANG XINLI PLASTIC PRODUCTS CO. LTD, )
)
Plaintiff, )
)
-against- )
)
JBM TRADING INC., CHAO MING ZHEN )
a/k/a KEVIN M. ZHEN, )
)
Defendants. )
)

**COMPLAINT**

Index No.:

------

The Plaintiff, WEIFANG XINGLI PLASTIC PRODUCTS CO. LTD, by its

attorneys, The Law Offices of Martin W. Chow, LLC as and for its Complaint, alleges as

follows:

**JURISDICTION**

1.     At all relevant times herein, the plaintiff, has been and still is

a limited liability company with a principal place of business in Weifang, Shandong

province, Peoples Republic of China ("PRC").

2.      At all relevant times herein, the defendant JBM TRADING INC.
(hereinafter "JBM") is a corporation organized under the laws of the State of New York,
with a former principal place of business at: 1643 74th Street, 1st Floor, Brooklyn, NY
11204.

3.      At all relevant times herein, defendant CHAO MING ZHEN a/k/a
KEVIN M. ZHEN (sometimes hereinafter referred to as "ZHEN") is an individual with a
current residence at: 6 Hilton Court, Hicksville, NY 11801.

4.      This court has jurisdiction based on 28 U.S.C. §1332(a)(2) and (c)(1)
diversity of citizenship and the amount in controversy exceeds $75,000.00.

5.      Venue is based on 28 U.S.C. §1391(a)(2).


## I. BREACH OF CONTRACT

### AS AND FOR A FIRST CAUSE OF ACTION

6.      Beginning on or about April 29, 2010 and on various dates thereafter,
the plaintiff sold and delivered to the defendant JBM, at defendant Zhen's specific
instance and request, certain plastic bags, as evidenced by purchase orders, sales
confirmations, packing lists, invoices and bills of lading as more particularly set forth in
Exhibit A attached herewith, together with a schedule for each shipment, showing the
purchase order number, item number, purchase order date, shipment quantity, description
of goods shipped, dollar value of each shipment, invoice number, invoice date, payment
due, payment amount and payment date, for the original agreed price and reasonable
value of $200,693.49, of which the said sum has been duly demanded by the plaintiff, but
to date remains unpaid, and is more particularly set forth in Exhibit "A" attached hereto.

2

## II. BOOK ACCOUNT

### AS AND FOR A SECOND CAUSE OF ACTION

7.      Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-6 as if the same were repeated verbatim herein.

8.      Beginning on or about April 29, 2010, plaintiff rendered to the defendant JBM certain statements of account specifying the payments due and owing and defendant JBM retained the same without objection.

9.      To date, the defendant JBM has failed to pay the plaintiff the agreed upon sum of $200,693.49, plus interest, on an account had and stated, for goods sold and delivered to defendant by the plaintiff.

## III. INSOLVENCY – PIERCING THE CORPORATE VEIL

### AS AND FOR A THIRD CAUSE OF ACTION

10.      Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-9 as if the same were repeated verbatim herein.

11.      On information and belief, defendant Zhen is the chief operating officer, sole shareholder, owner and employee of the defendant JBM.

12.      On information and belief, prior to ordering goods from the plaintiff on or about April 29, 2010, the defendant Zhen owned, operated and established two other corporations whose primary business was the sale of plastic bags – the same as defendant JBM.

3

13.     On information and belief, the names of those two other businesses that were owned, operated and controlled by the defendant Zhen were: KEVIN MULTILINE POLYMER INC. and K.M. PACKAGING INC.

14.     On information and belief, all three corporations, to wit: Kevin Multiline Polymer Inc., K.M. Packaging Inc. and the defendant JBM, conducted the same type of business - i.e. sales of plastic bags, and operated out of the same or similar office location, used the same or similar telephone, facsimile and cell phone numbers, the same email addresses and had the same or substantially the same officers, directors and employees.

15.     On information and belief, and on or about August 6, 2009, at the time the defendant Zhen caused the defendant JBM to be organized, Zhen's two other corporations – Kevin Multiline Polymer Inc. and K.M. Packaging Inc. owed a combined total debt of at least $488,711.00 to one creditor, H.K. Huilin International Trade Co. Ltd - a sum far in excess of their respective abilities to pay their bills as they became due, thus rendering them technically insolvent.   Copies of the New York Secretary of State, Division of Corporation's records of incorporation for K.M. Packaging Inc. and Kevin Multiline Polymer Inc., dated March 22, 2004 and August 3, 2006, respectively, and their respective amounts due, on information and belief, to H.K. Huilin International Trade Co. Ltd are attached hereto as Exhibit "B".

16.     On information and belief, defendant Zhen conducted the same line of business – to wit: the sale of plastic bags – with plaintiff through Kevin Multiline Polymer Inc. and K.M. Packaging Inc prior to establishing JBM and, following establishing JBM, conduct such business through defendant JBM, in each case, with

4

defendant Zhen acting as the sole representative of the corporations and in all respects other than name the operations being conducted in the same manner.

17.    On information and belief, on or about August 6, 2009, defendant Zhen ceased operations of his two insolvent corporations -- Kevin Multiline Polymer Inc. and K.M. Packaging Inc., and caused to be organized the defendant JBM , as a "new corporation" – stripped of any debt, but also with little or no capital to operate its business.  A copy of the New York Secretary of State, Division of Corporation's records of incorporation for JBM Trading Inc. dated August 6, 2009, is attached hereto as Exhibit "C".

18.    On information and belief, the sole and/or principal purpose of Zhen's establishing JBM was for the purpose of avoiding and not paying the corporate debts of Kevin Multiline Polymer Inc. and K.M. Packaging Inc., but continuing in the same line of business, to wit: sale of plastic bags – with little or no operating capital.  In effect, Zhen failed to operate the three companies as separate entities with distinct corporate identifies and the purpose of forming such entities was to perpetuate a fraud on trade creditors including plaintiff.

19.    Based on the foregoing, the corporate veil of JBM should be pierced such that all of the debts of JBM should be assumed by defendant Zhen; in particular, Zhen should be held personally liable for the corporate debts of defendant JBM in the amount $200,693.49, because Zhen dominated and controlled all three corporations for his own personal benefit.

5

## IV. BREACH OF FIDUCIARY DUTY

### AS AND FOR A FOURTH CAUSE OF ACTION

20.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-19 as if the same were repeated verbatim herein.

21.     Because defendant JBM was insolvent and owed a fiduciary duty to its creditors not to sell, transfer, dissipate or waste corporate assets to the detriment of its creditors, the distribution, use or disposal of the plastic bags delivered by plaintiff to JBM or the monies received therefor constitutes a breach of defendant JBM's and defendant Zhen's fiduciary duty.

22.     Consequently, on information and belief and in breach of its fiduciary duty, defendant JBM took corporate assets, including proceeds from the sale of goods obtained from plaintiff and paid defendant Zhen a salary, draw or other form of compensation or distribution; and on or about November 17, 2009, the defendant Zhen purchased real property, located at: 6 Hilton Court, Hicksville, NY, for a purchase of price of approximately $444,000 and continues to pay a mortgage.

23.     As a direct and proximate cause of such breach of fiduciary duty the defendant JBM has no assets and/or is unable to pay the plaintiff the amount it is owed and still due by the defendant JBM in the sum of $200,693.49.

24.     On information and belief, the defendant JBM has been paying and still continues to pay the defendant Zhen a draw, salary or other form of compensation.

6

## V. FRAUD – REASONABLE ATTORNEYS' FEES

### AS AND FOR A FIFTH CAUSE OF ACTION

25.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-24 as if the same were repeated verbatim herein

26.     The formation of a new corporation – JBM, by the defendant Zhen, in August 2009, in which the defendant Zhen, was the sole and/or or principal shareholder, officer and director, was done for the sole and/or principal purpose of avoiding payment to one or more creditors of defendant Zhen's corporations.

27.     Such conduct constituted a "badge of fraud" under the Uniform Fraudulent Conveyance Act, as adopted in New York, Debtor Creditor Law, §§ 270-281, in that defendant Zhen had the specific intent to delay, defraud and/or hinder paying defendant Zhen's and defendant Zhen's corporation's, including defendant JBM.

28.     Such conduct was made when Zhen's two other corporations, Kevin Multiline Polymer Inc and K.M. Packaging Inc were insolvent, and unable to pay their debts, generally, on a timely basis to there creditors.

29.     Such formation of defendant JBM was made when Zhen knew or should have known that JBM had debts or was about to incur debts it would be unable or unwilling to pay, including those debts incurred or about to be incurred and owed to the plaintiff in the amount of $200,693.49 in about April 2010, only 8 months after defendant JBM was formed by defendant Zhen in August 2009.

30.     As such, any monies paid by defendant JBM to the defendant Zhen in the form of salary, distribution, dividends or other form of compensation was tantamount to a fraudulent conveyance of money or other assets from the defendant JBM  to the

7

defendant Zhen. The fraudulent conveyance was made at a time when the defendant JBM was insolvent or rendered insolvent.

31.     Such transfer or conveyance of monies to defendant Zhen was made without fair consideration.  Such transfer or conveyance was made at a time when JBM knew or should have known that it had debts or would incur debts in excess of its potential or ability to pay, including the plaintiff in the amount of $200,693.49.

32.     Such transfer or payment to Zhen was made for the specific purpose of hindering, delaying and defrauding JBM creditors, including, but not limited to the plaintiff of its money due and owing in the amount of $200,693.49.

33.     Based on the foregoing, in addition to the payment of $200,693.49, plaintiff is entitled to recover reasonable attorneys fees pursuant to New York Debtor Creditor Law §276-a as a result of such fraudulent conveyance by defendant JBM.


## VI. BREACH OF BCL §§ 510, 719 and 720

### AS AND FOR A SIXTH CAUSE OF ACTION

34.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-33 as if the same were repeated verbatim herein.

35.     Such transfer or conveyance was in effect an illegal and/or improper distribution or dividend made to the principal shareholder and officer of JBM, namely, Zhen, at a time when the defendant JBM was insolvent or rendered insolvent by such transfer and in violation of New York BCL §§ 510, 719, 720.

36.     Pursuant to New York Business Corporation Law §720, Action Against

Directors and Officers for Misconduct, the defendant Zhen was the sole and/or principal officer of JBM who, aided and abetted in the fraudulent transfer of corporate assets, and failed to account for the corporate assets.

37.     Based on the foregoing, the plaintiff, Weifang is entitled to recover from defendants, JBM and Zhen, individually, including reasonable attorneys fees pursuant to New York Debtor Creditor Law §276(a).

**WHEREFORE,** the plaintiff demands judgment as follows:

1) Against the defendant JBM on the FIRST AND SECOND CAUSES OF ACTION, for breach of contract and on a book account each in the sum of $200,693.49 plus interest from April 29, 2010 to April 29, 2011 of $18,062 for a total due in the amount of $218,755 plus costs and reasonable attorneys fees; and

2) Pierce the corporate veils of defendant JBM; and hold the defendant Zhen personally liable for the debt owed by JBM to plaintiff on the THIRD CAUSES OF ACTION;

3) Against the defendant Zhen for breach of fiduciary duty in the amount of $200,693 on the FOURTH CAUSE OF ACTION;

4) On the FIFTH CAUSE OF ACTION, against defendant Zhen in the amount of $200,693 for fraud and reasonable attorneys' fees;

5) Against the defendant Zhen on the SIXTH CAUSE OF ACTION, for violation of BCL §§ 510, 719 and 720 in the amount of $200,693 plus interest from April 29, 2010 to April 29, 2011, of $18,062 for a total of $218,755 plus costs; and

for such other and further relief this court deems just and proper.

Dated: ~~April~~ June 6, 2011
       New York, NY

                              Yours, etc.
                              Law Offices of Martin W. Chow, LLC.

                              By: _____
                              Martin W. Chow, Esq.
                              665 Newark Avenue, Suite 407
                              Jersey City, NJ 07306
                              NY Tel: (212) 233-3700
                              NJ Tel:  (201) 963-9218
                                   -and –
                              2861 Royle Street
                              Bellmore, NY 11710
                              Tel: (917) 968-2559
                              Fax: (646) 365-1256

To: Kevin M. Zhen a/k/a
     Chao Ming Zhen
     6 Hilton Court.
     Hicksville, NY

10

**Exhibit "A"**

## TABLE OF SHIPMENTS TO JBM TRADING INC. PURSUANT TO 3016(f)

| Invoice Date | Invoice No. | B/L No. | Description of Goods Shipped | Container No. | Shipment Quantity (carton) | $ Price per carton | $ Invoice Amount | Invoice Subtotal | Shipping & Misc. | $Total Due (including shipping) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2010 | XL100408 | 14000328605 | Plastic Bags 12"x20"11 lb | uesu418064 | 4157 | 8.23 | 34,212.00 | | | |
| Subtotal | | | | | | | | 34,212.11 | | |
| 5/11/2010 | XL100505 | 14000334249 | Plastic Bags | | | | | | | |
| | | | 12"x20"12 lb | THGU4794729 | 1221 | 8.93 | 10,968.24 | | | |
| | | | 12"x20"10 lb | HMCU1032445 | 2936 | 6.58 | 19,318.88 | | | |
| | | | | | 4157 | | | | | |
| Subtotal | | | | | | | | 30,287.12 | | |
| 5/14/2010 | XL100508 | 14000380315 | Plastic Bags | | | | | | | |
| | | | 12"x20"11.1 lb | eisu1719940 | 2210 | 8.23 | 18,188.30 | | | |
| | | | 12"x20"10 lb | | 1946 | 6.58 | 12,804.68 | | | |
| | | | | | 4156 | | | | | |
| Subtotal | | | | | | | | 30,992.98 | | |
| 6/4/2010 | XL100601 | 140000495960 | Plastic Bags | | | | | | | |
| | | | 10"x15"10lb | EMCU1414893 | 800 | 6.58 | 5,264.00 | | | |
| | | | 12"x20"10 lb | | 1694 | 6.58 | 11,146.52 | | | |
| | | | 12"x20"11 lb | | 1694 | 6.58 | 13,941.62 | | | |
| | | | | | 4188 | | | | | |
| Subtotal | | | | | | | | 30,352.14 | | |
| 6/28/2010 | XL100607 | 14000560699 | Plastic Bags | | | | | | | |
| | | | 10"x15"10lb | EMCHJH1528 | 383 | 6.35 | 2,432.05 | | | |
| | | | 12"x20"10 lb | | 3023 | 6.35 | 19,196.05 | | | |
| | | | 12"x20"11 lb | | 532 | 12.34 | 6,563.82 | | | |
| | | | | | 3938 | | | | | |
| Subtotal | | | | | | | | 28,191.92 | | |
| 7/1/2010 | XL100701 | 14000580860 | Plastic Bags | | | | | | | |
| | | | 12"x20"11lb | EMCHHN2248 | 721 | 7.98 | 5,755.74 | | | |
| | | | 12"x20"10 lb | | 1820 | 6.35 | 11,557.00 | | | |
| | | | 12"x20"17 lb | | 1173 | 12.34 | 14,472.47 | | | |
| | | | | | 3714 | | | | | |
| Subtotal | | | | | | | | 31,785 | | |
| TOTAL | | | | | | | | 185,821 | 14,872 | 200,693.49 |

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO.，LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208     Fax: 0086 536 7263209
E-mail: wfjinli@sina.com     Post: 261100

## INVOICE

TO:

JBM TRADING,INC

手册：C42060350111
核销单：748463633

INVOICE NO:   XL100408

DATE:   2010-4-29

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS<br>12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 4157 | 8.230 | $34,212.11 |
| | | | SUB TOTAL | $34,212.11 |
| | | | INVOICE TOTAL | $34,212.11 |

CONTAINER AND SEAL NO.:
UESU4180064 / EMCHEV1948
1X40'     B/L No.: 140000328605
VESSEL / VOY : EVER REFINE  V. 0430-081E

# 潍坊鑫利塑料制品有限公司
## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China

Tel: 0086 536 7263208     Fax: 0086 536 7263209

E-mail: wfjinli@sina.com     Post: 261100

# PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:   XL100408

DATE:   2010-4-29

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|------|-------------|-----------------|--------------------|------------------|------------------|
|  | PLASTIC BAGS 12"X20" ROLL BAGS NET WEIGHT:11.00LB | 4157 | 22000 | 21600 | 54 |
|  |  | 4157CTNS | 22000KGS | 21600KGS | 54CBM |

TOTAL:       FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN  CTNS ONLY.

Relaese container – Yahoo!邮箱                  页码，1/1

# YAHOO!@ 邮箱

Relaese container                          2010年6月3日 周四下午 10:29

发件人： "chaomingzhen" <chaomingzhen@163.com>

收件人： "孙测 孙测" <sunca3101@yahoo.com.cn>, "wfxj00777" <wfxj00777@yahoo.com.cn>

Mr Lee :

Please release the container #uesu4180064 ,Payment you recive within 30 days .Thank You for your support .

                                   chaomingzhen            XLlo5408

网易为中小企业免费提供企业邮箱（自主域名）



X L 100408

| SHIPPER/EXPORTER<br>WEIFANG XINLI PLASTIC PRODUCTS CO.,LTD<br>ADD:YANGJIABU HANTING BOROUGH WEIFANG CITY<br>SHANDONG,CHINA<br>TEL:86-0536-7263208<br>FAX:86-0536-7263209 | *SUNWORLD INTERNATIONAL LOGISTICS* |
|---|---|
| CONSIGNEE<br>JBM TRADING,INC<br>1843 74 STREET 1ST FLOOR,BROOKLYN NY 11204 | **COMBINED TRANSPORT BILL OF LADING** |

| | | |
|---|---|---|
| | BILL OF LADING NO<br>140000328606 | DOCUMENT NO<br>SWGB1005002 |
| | FOR DELIVERY OF GOODS PLEASE APPLY TO | |
| NOTIFY PARTY (Complete name and address)<br>JBM TRADING,INC<br>1843 74 STREET 1ST FLOOR,BROOKLYN NY 11204 | FORWARDING AGENT-REFERENCES:<br>SUNWORLD USA AGENT | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL/VOYAGE<br>EVER DYNAMIC 0431-069E | PORT OF LOADING<br>QINGDAO | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY<br>NEW YORK,NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO<br>MARK AND NUMBERS | QUANTITY AND KIND<br>OF PACKAGES | KIND OF PACKAGES DESCRIPTION OF GOOD | MEASUREMENTS(CBM)<br>(GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br><br>UESU4190064/ENCHEV1948<br>/4157CTNS/23000.000KGS<br>/54CBM/40GP | 4157 CTNS<br><br>CY-CY<br><br>1X40' GP<br><br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br><br>PLASTIC BAGS<br><br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIALS. | 23000.000KGS<br>54.0000 CBM |

**TELEX RELEASE**

| TOTAL NO OF PACKAGES<br>OR CONTAINERS(INWORDS) SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY | | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT&CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL |
| | | | | | | **ON BOARD** |
| | | | | | | PLACE OF B(S)/L ISSUE<br>QINGDAO |
| | | | | | | NO OF ORIGINAL B(S)/L SIGNED |
| | | | | | | DATE OF B(S)/L ISSUED |
| DOMESTIC ROTING/EXPORT<br>INSTRUCTION/EXPORT | | | | | | 2010-5-12 |

| RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless<br>otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all<br>the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant<br>agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding<br>The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents,<br>and value of the Goods are unknown to the Carrier<br>IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which<br>to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be<br>surrendered duly endorsed in exchange for the Goods or delivery order | SIGNED ON BEHALF OF THE CARRIER:<br><br><br><br>AS AGENT OF THE CARRIER.<br>SINOTRANS EXPRESS INC |
|---|---|

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO.，LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208     Fax: 0086 536 7263209
E-mail: wfjinli@sina.com     Post: 261100

## INVOICE

TO:

JBM TRADING,INC

INVOICE NO:   XL100505

DATE:   2010-5-11

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS 12"X20" ROLL BAGS NET WEIGHT:12.00LB | 1221 | 8.983 | $10,968.24 |
| | 12"X20" ROLL BAGS NET WEIGHT:10.00LB | 2936 | 6.580 | $19,318.88 |
| | | | SUB TOTAL | $30,287.12 |
| | | | INVOICE TOTAL | $30,287.12 |

CONTAINER AND SEAL NO.:

TGHU4794729 / EMCHEK9988

1X40'     B/L No.: 140000334249

VESSEL / VOY : EVER DYNAMIC  V. 0431-069E

# 潍坊鑫利塑料制品有限公司
## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China

Tel: 0086 536 7263208    Fax: 0086 536 7263209

E-mail: wfjinli@sina.com    Post: 261100

# PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:   XL100505

DATE:   2010-5-11

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|------|-------------|-----------------|--------------------|------------------|------------------|
| | PLASTIC BAGS | | | | |
| | 12″X20″ ROLL BAGS | | | | |
| | NET WEIGHT:12.00LB | 1221 | | | |
| | 12″X20″ ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 2936 | | | |
| | | 4157CTNS | 22000KGS | 21600KGS | 54CBM |

TOTAL:       FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY.

Releasing Containers – Yahoo!邮箱                                    页码，1/1

# YAHOO! 邮箱

Releasing Containers
发件人: "chaomingzhen" <chaomingzhen@163.com>          2010年6月8日 星期二 上午9:45
收件人: "郭婷 " <sunca3101@yahoo.com.cn>, "wfxj00777"
        <wfxj00777@yahoo.com.cn>

Mr Lee :
    Please ralease the containers# THGU4794729 & # HMCU 1032445 .The payments will be made within 30
days. Thank You!                      x Lee's x
                                              Chao Ming Zhen

---

网易为中小企业免费提供企业邮箱（自主域名）



x 1100505

| SHIPPER/EXPORTER<br>WEIFANG XINLI PLASTIC PRODUCTS CO.,LTD<br>ADD:YANGJIABU HANTING SUPOUGH WEIFANG CITY<br>SHANDONG, CHINA<br>TEL:86-0536-7283208<br>FAX:86-0536-7283209 | SUNWORLD INTERNATIONAL LOGISTICS |
|---|---|
| CONSIGNEE<br>JBM TRADING, INC<br>1843 74 STREET 1ST FLOOR, BROOKLYN NY 11204 | **COMBINED TRANSPORT BILL OF LADING** |

| | BILL OF LADING NO<br>140000334249 | DOCUMENT NO<br>SWGF1005013 |
|---|---|---|
| | FOR DELIVERY OF GOODS PLEASE APPLY TO | |

| NOTIFY PARTY (Complete name and address)<br>JBM TRADING, INC<br>1843 74 STREET 1ST FLOOR, BROOKLYN NY 11204 | FORWARDING AGENT-REFERENCES<br>SUNWORLD USA AGENT |
|---|---|

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL/VOYAGE<br>EVER DYNAMIC 0431-069E | PORT OF LOADING<br>QINGDAO | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY<br>NEW YORK,NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO<br>MARK AND NUMBERS | QUANTITY AND KIND<br>OF PACKAGES | KIND OF PACKAGES DESCRIPTION OF GOOD | MEASUREMENTS(CBM)<br>GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br><br>TGHU4794729/EMCHEX9988<br>/415 CTNS/22000.000KGS<br>/54CBM/40GP | 4157 CTNS<br><br>CY-CY<br><br>1X40' GP<br><br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br><br>PLASTIC BAGS<br><br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIALS.<br><br><br>TELEX RELEASE | 22000.000KGS<br>54.0000CBM |

| TOTAL NO OF PACKAGES<br>OR CONTAINER(SINWORDS) | SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY | | | | | |
|---|---|---|---|---|---|---|
| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL<br>**ON BOARD** |
| | | | | | | PLACE OF B(S)L ISSUE<br>QINGDAO |
| | | | | | | NO OF ORIGINAL B(S)L SIGNED |
| DOMESTIC ROTINQ/EXPORT<br>INSTRUCTION/EXPORT | | | | | | DATE OF B(S)/L ISSUED<br>2010-5-12 |

| RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless<br>otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all<br>the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant<br>agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.<br>The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents,<br>and value of the Goods are unknown to the Carrier.<br>IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which<br>to be completed the other(s) to be void. If required by the Carrier three original B/Ls of Lading must be<br>surrendered duly endorsed in exchange for the Goods or delivery order. | SIGNED ON BEHALF OF THE CARRIER:<br><br><br>AS AGENT OF THE CARRIER.<br>SINOTRANS EXPRESS INC |
|---|---|

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208     Fax: 0086 536 7263209
E-mail: wfjinli@sina.com     Post: 261100

## INVOICE

TO:
JBM TRADING,INC

INVOICE NO:   XL100508

DATE:   2010-5-14

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS 12"X20" ROLL BAGS NET WEIGHT:11.00LB | 2210 | 8.230 | $18,188.30 |
| | 12"X20" ROLL BAGS NET WEIGHT:10.00LB | 1946 | 6.580 | $12,804.68 |
| | | | SUB TOTAL | $30,992.98 |
| | | | INVOICE TOTAL | $30,992.98 |

CONTAINER AND SEAL NO.:
EISU1719940 / EMCHDG8198
1X40'   B/L No.: 140000380313
VESSEL / VOY : EVER REWARD  V. 0432-096E

# 潍 坊 鑫 利 塑 料 制 品 有 限 公 司
## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China

Tel: 0086 536 7263208     Fax: 0086 536 7263209

E-mail: wfjinli@sina.com     Post: 261100

# PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:     XL100508

DATE:     2010-5-14

**SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY**

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|------|-------------|-----------------|--------------------|--------------------|------------------|
| | PLASTIC BAGS 12″X20″ ROLL BAGS NET WEIGHT:11.00LB | 2210 | | | |
| | 12″X20″ ROLL BAGS NET WEIGHT:10.00LB | 1946 | | | |
| | | 4156CTNS | 22000KGS | 21600KGS | 54CBM |

TOTAL:     FOUR THOUSAND ONE HUNDRED AND FIFTY SIX  CTNS ONLY.

来自chaomingzhen@163.com的邮件 – Yahoo!邮箱

页码，1/1

# YAHOO!®邮箱

来自chaomingzhen@163.com的邮件

发件人："chaomingzhen" <chaomingzhen@163.com>

收件人："wfxj0077 " <wfxj00777@yahoo.com.cn>, "陈丽 丁"
<sunca3101@yahoo.com.cn>

2010年6月15日 周二 下午 9:43

Mr Lee:

please release the container #eisu1719940. It is arrived today. Payment is made in 30 days. Thank You .
Chao Ming Zhen

网易为中小企业免费提供企业邮箱（自主域名）

http://cn.mc150.mail.yahoo.com/...

To 潍坊鑫利
3G-FAX数码传真机，从此不用再耗材！ | From | Date 10-06-17 11:43

| SHIPPER/EXPORTER | SUNWORLD INTERNATIONAL LOGISTICS |
|---|---|

SHIPPER/EXPORTER
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
ADD: YANGJIABU BOROUGH WEIFANG CITY
SHANDONG, CHINA
TEL: 86-0536-7263209
FAX: 86-0536-7263209

**SUNWORLD INTERNATIONAL LOGISTICS**

**COMBINED TRANSPORT BILL OF LADING**

CONSIGNEE
JBM TRADING, INC
1643 74 STREET 1ST FLOOR, BROOKLYN NY 11204

| BILL OF LADING NO. | DOCUMENT NO. |
|---|---|
| 140000380315 | SWGR1005048 |

FOR DELIVERY OF GOODS PLEASE APPLY TO

NOTIFY PARTY (Complete name and address)
JBM TRADING, INC
1643 74 STREET 1ST FLOOR, BROOKLYN NY 11204

FORWARDING AGENT-REFERENCES
SUNWORLD USA AGENT

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|

| VESSEL/VOYAGE | PORT OF LOADING: | POINT AND COUNTRY OF ORIGIN |
|---|---|---|
| EVER REWARD  0432-096E | QINGDAO | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |
|---|---|---|
| NEW YORK, NY | NEW YORK, NY | |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO MARK AND NUMBERS | QUANTITY AND KIND OF PACKAGES | KIND OF PACKAGES DESCRIPTION OF GOOD | MEASUREMENTS(CBM) GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M  EISU1719940/EMCHD68199 /4156CTNS/22000.000KGS /54CBM/40GP | 4156 CTNS  CY-CY  1X40' GP  FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL  PLASTIC BAGS  THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 22000.000KGS 54.0000CBM |

**TELEX RELEASE**

| TOTAL NO OF PACKAGES OR CONTAINERS(IN WORDS) | SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SIX CTNS ONLY |
|---|---|

| FREIGHT & CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL |
|---|---|---|---|---|---|---|
| | | | | | | **ON BOARD** |
| | | | | | | PLACE OF B(S)/L ISSUE QINGDAO |
| | | | | | | NO OF ORIGINAL B(S)/L SIGNED |
| | | | | | | DATE OF B(S)/L ISSUED 2010-5-19 |
| DOMESTIC ROTING/EXPORT INSTRUCTION/EXPORT | | | | | | |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.
IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order

SIGNED ON BEHALF OF THE CARRIER:

AS AGENT OF THE CARRIER.
SINOTRANS EXPRESS INC

# 潍坊鑫利塑料制品有限公司
## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208    Fax: 0086 536 7263209
E-mail: wfjinli@sina.com    Post: 261100

## INVOICE

TO:
JBM TRADING,INC

INVOICE NO:   XL100601

DATE:   2010-6-4

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS | | | |
| | 10″X15″ ROLL BAGS | | | |
| | NET WEIGHT:10.00LB | 800 | 6.580 | $5,264.00 |
| | 12″X20″ ROLL BAGS | | | |
| | NET WEIGHT:10.00LB | 1694 | 6.580 | $11,146.52 |
| | 12″X20″ ROLL BAGS | | | |
| | NET WEIGHT:11.00LB | 1694 | 8.230 | $13,941.62 |
| | | | SUB TOTAL | $30,352.14 |
| | | | INVOICE TOTAL | $30,352.14 |

Authorized Signature

CONTAINER AND SEAL NO.:
EMCU1414893 / EMCHEL2698
1X40'    B/L No.: 140000495960
VESSEL / VOY : EVER RADIANT V. 0435-015E

# 潍坊鑫利塑料制品有限公司
## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China

Tel: 0086 536 7263208    Fax: 0086 536 7263209

E-mail: wfjinli@sina.com    Post: 261100

# PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:    XL100601

DATE:    2010-6-4

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|------|-------------|-----------------|--------------------|------------------|------------------|
| | PLASTIC BAGS | | | | |
| | 10"X15" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 800 | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 1694 | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:11.00LB | 1694 | | | |
| | | 4188CTNS | 22000KGS | 21600KGS | 54CBM |

TOTAL:    FOUR THOUSAND ONE HUNDRED AND EIGHTY EIGHT CTNS ONLY.

release container - Yahoo!邮箱

页码，1/1

# YAHOO!₀邮箱

release container

发件人："chaomingzhen" <chaomingzhen@163.com>

收件人："wfxj00777" <wfxj00777@yahoo.com.cn>, "绝妇 王"
    <sunca3101@yahoo.com.cn>

2010年7月9日 周五 下午12:27

Mr Lee

　　　Please release container EMCU1414893 that is arrived on 07/10/2010 . Payment will made within 30 days. Thank You.

Chao Ming Zhen



**From**                                    Date 10-07-12 10:07

•⊙ 积场鑫利
SG-FAX数码传真机，从此不用耗材!

| SHIPPER/EXPORTER | SUNWORLD INTERNATIONAL LOGISTICS |
|---|---|
| WEIFANG XINLI PLASTIC PRODUCTS CO.,LTD<br>ADD:YANGJIABU HANTING BOROUGH WEIFANG CITY<br>SHANDONG,CHINA<br>TEL:86-0536-7286208<br>FAX:86-0536-7253205 | |

**COMBINED TRANSPORT BILL OF LADING**

| CONSIGNEE | BILL OF LADING NO. | DOCUMENT NO |
|---|---|---|
| JBM TRADING,INC<br>1643 74 STREET 1ST FLOOR,BROOKLYN NY 11204 | 140000495960 | SWGR1006025 |

FOR DELIVERY OF GOODS PLEASE APPLY TO

| NOTIFY PARTY (Complete name and address) | |
|---|---|
| JBM TRADING,INC<br>1643 74 STREET 1ST FLOOR, BROOKLYN NY 11204 | FORWARDING AGENT-REFERENCES<br>SUNWORLD USA AGENT |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL/VOYAGE<br>EVER RADIANT  0435-015E | PORT OF LOADING<br>QINGDAO | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY<br>NEW YORK,NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

**PARTICULARS FURNISHED BY THE MERCHANT**

| CONTAINER NOS/SEAL NO<br>MARK AND NUMBERS | QUANTITY AND KIND<br>OF PACKAGES | KIND OF PACKAGES/DESCRIPTION OF GOOD | MEASUREMENTS(CBM)<br>GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br><br>EMCU1414893/EMCHEL2698<br>/4187CTNS/22000.000KGS<br>/54CBM/40GP | 4187 CTNS<br><br>CY-CY<br><br>1X40' GP<br><br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br><br>PLASTIC BAGS<br><br>THIS SHIPMENT CONTAINS NO SOLID<br>WOOD PACKING MATERIALS.<br><br><br>TELEX RELEASE | 23000.000KGS<br>54.0000CBM |

| TOTAL NO.OF PACKAGES<br>OR CONTAINERS(IN WORDS) SAY FOUR THOUSAND ONE HUNDRED AND EIGHTY SEVEN CTNS ONLY |||||||
|---|---|---|---|---|---|---|
| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL<br>**ON BOARD** |
| | | | | | | PLACE OF B/S/L ISSUE<br>QINGDAO |
| | | | | | | NO.OF ORIGINAL B/S/L SIGNED |
| | | | | | | DATE OF B/S/L ISSUED<br>2010-6-10 |
| DOMESTIC ROTING/EXPORT<br>INSTRUCTION/EXPORT | | | | | | SIGNED ON BEHALF OF THE CARRIER: |
| RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading. Any local privileges and customs notwithstanding The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. | | | | | | AS AGENT OF THE CARRIER.<br>SINOTRANS EXPRESS INC |

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO. , LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208    Fax: 0086 536 7263209
E-mail: wfjinli@sina.com    Post: 261100

## INVOICE

TO:                                                INVOICE NO:    XL100607
JBM TRADING,INC

                                                   DATE:    6/28/2010


SHIPPED FROM  QINGDAO ,CHINA  TO  NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS | | | |
| | 10"X15" ROLL BAGS | | | |
| | NET WEIGHT:10.00LB | 383 | 6.350 | $2,432.05 |
| | 12"X20" ROLL BAGS | | | |
| | NET WEIGHT:10.00LB | 3023 | 6.350 | $19,196.05 |
| | 18"X24" ROLL BAGS | | | |
| | NET WEIGHT:17LB | 532 | 12.338 | $6,563.82 |
| | | | SUB TOTAL | $28,191.92 |
| | | | INVOICE TOTAL | $28,191.92 |

CONTAINER AND SEAL NO.:
FSCU4394299 / EMCHJB1528
1X40'    B/L No.: 140000560699
VESSEL / VOY : EVER REACH V. 0438-087E

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO. , LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China

Tel: 0086 536 7263208     Fax: 0086 536 7263209

E-mail: wfjinli@sina.com     Post: 261100

## PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:   XL100607

DATE:   6/28/2010

**SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY**

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|------|-------------|-----------------|---------------------|-------------------|------------------|
| | PLASTIC BAGS | | | | |
| | 10"X15" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 383 | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 3023 | | | |
| | 18"X24" ROLL BAGS | | | | |
| | NET WEIGHT:17LB | 532 | | | |
| | | 3938CTNS | 22000KGS | 21600KGS | 54CBM |

TOTAL:       THREE THOUSAND NINE HUNDRED AND THIRTY EIGHT CTNS ONLY.

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208    Fax: 0086 536 7263209
E-mail: wfjinli@sina.com    Post: 261100

## INVOICE

TO:

JBM TRADING,INC

INVOICE NO:    XL100701

DATE:    7/1/2010

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | | | FOB QINGDAO | |
| | PLASTIC BAGS | | | |
| | 12"X20" ROLL BAGS | | | |
| | NET WEIGHT:11.00LB | 721 | 7.983 | $5,755.74 |
| | 12"X20" ROLL BAGS | | | |
| | NET WEIGHT:10.00LB | 1820 | 6.350 | $11,557.00 |
| | 18"X24" ROLL BAGS | | | |
| | NET WEIGHT:17.00LB | 1173 | 12.338 | $14,472.47 |
| | | | SUB TOTAL | $31,785.22 |
| | | | INVOICE TOTAL | $31,785.22 |

CONTAINER AND SEAL NO.:

LTIU6041285 / EMCHHN2248

1X40'    B/L No.: 140000580860

VESSEL / VOY : EVER REFINE  V. 0439-082E

# 潍坊鑫利塑料制品有限公司

## WEIFANG XINLI PLASTIC PRODUCTS CO. , LTD

**Add: Yangjiabu Hanting Borough Weifang Shandong China**

**Tel: 0086 536 7263208     Fax: 0086 536 7263209**

**E-mail: wfjinli@sina.com     Post: 261100**

## PACKING LIST

TO:

JBM TRADING,INC

INVOICE NO:   XL100701

DATE:     7/1/2010

**SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY**

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|---|---|---|---|---|---|
| | PLASTIC BAGS | | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:11.00LB | 721 | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 1820 | | | |
| | 18"X24" ROLL BAGS | | | | |
| | NET WEIGHT:17.00LB | 1173 | | | |
| | | 3714CTNS | 22000KGS | 21600KGS | 54CBM |

**TOTAL:      THREE THOUSAND SEVEN HUNDRED AND FOURTEEN CTNS ONLY.**

**Exhibit "B"**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 25, 2011.

---

Selected Entity Name: K. M. PACKAGING INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | K. M. PACKAGING INC. |
| Initial DOS Filing Date: | MARCH 22, 2004 |
| County: | QUEENS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
K. M. PACKAGING INC.
196-16 67 AVENUE 2FL
FRESH MEADOWS, NEW YORK, 11365

**Chairman or Chief Executive Officer**
ZHEN, CHAO MING
196-16 67TH AVE
2ND FL
FRESH MEADOWS, NEW YORK, 11365

**Principal Executive Office**
SHEN, CHAO MING
196-16 67TH AVE
2ND FL
FRESH MEADOWS, NEW YORK, 11365

**Registered Agent**
NONE

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through June 2, 2011.

---

Selected Entity Name: KEVIN MULTILINE POLYMER INC.
Selected Entity Status Information

**Current Entity Name:** KEVIN MULTILINE POLYMER INC.
**Initial DOS Filing Date:** AUGUST 03, 2006
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
KEVIN MULTILINE POLYMER INC.
1681 64TH STREET 1FL
BROOKLYN, NEW YORK, 11204-2716

**Chairman or Chief Executive Officer**

CHAO JIE ZHEN
1681 64TH STREET
1 FLOOR
BROOKLYN, NEW YORK, 11204-2716

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this

**Exhibit "C"**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 2, 2011.

Selected Entity Name: JBM TRADING INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | JBM TRADING INC. |
| **Initial DOS Filing Date:** | AUGUST 06, 2009 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE - Dissolution (May 23, 2011) |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
JBM TRADING INC.
1643 74TH STREET 1ST FLOOR
BROOKLYN, NEW YORK, 11204

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**