潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# INVOICE

TO:
JBM TRADING,INC

手册：C42060350111
核销单：748463633

INVOICE NO: XL100408

DATE: 2010-4-29

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS<br>12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 4157 | 8.230 | $34,212.11 |
| | | | SUB TOTAL | $34,212.11 |
| | | | INVOICE TOTAL | $34,212.11 |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD
[signature]
Authorized Signature

CONTAINER AND SEAL NO.:
UESU4180064 / EMCHEV1948
1X40' B/L No.: 140000328605
VESSEL / VOY : EVER REFINE V. 0430-081E

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# PACKING LIST

TO:
JBM TRADING,INC

INVOICE NO: XL100408

DATE: 2010-4-29

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|---|---|---|---|---|---|
| | PLASTIC BAGS<br>12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 4157 | 22000 | 21600 | 54 |
| | | 4157CTNS | 22000KGS | 21600KGS | 54CBM |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD
[signature]
Authorized Signature

TOTAL: FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY.

YAHOO!® 邮箱

Relaese container

2010年6月3日 周四下午10:29

发件人："chaomingzhen" <chaomingzhen@163.com>
收件人："艳娟 王" <sunca3101@yahoo.com.cn>, "wfxj00777" <wfxj00777@yahoo.com.cn>

Mr Lee :

Please release the container #uesu4180064 ,Payment you recive within 30 days .Thank You for your support .

chaomingzhen

XL100408

---

网易为中小企业免费提供企业邮箱（自主域名）



X L100408

| SHIPPER/EXPORTER | |
|---|---|
| WEIFANG XINLI PLASTIC PRODUCTS CO., LTD<br>ADD: YANGJIABU HANTING BOROUGH WEIFANG CITY<br>SHANDONG, CHINA<br>TEL: 86-0536-7263208<br>FAX: 86-0536-7263209 | **SUNWORLD INTERNATIONAL LOGISTICS**<br><br>**COMBINED TRANSPORT BILL OF LADING** |
| CONSIGNEE<br>JBM TRADING. INC<br>1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204 | BILL OF LADING NO: 140000328605 / DOCUMENT NO SWGR1005002<br>FOR DELIVERY OF GOODS PLEASE APPLY TO |
| NOTIFY PARTY:(Complete name and address)<br>JBM TRADING. INC<br>1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204 | FORWARDING AGENT-REFERENCES:<br>SUNWORLD USA AGENT |
| PRE-CARRIAGE BY: / PLACE OF RECEIPT | |
| VESSEL/VOYAGE: EVER DYNAMIC 0431-069E / PORT OF LOADING: QINGDAO | POINT AND COUNTRY OF ORIGIN: |
| PORT OF DISCHARGE: NEW YORK, NY / PLACE OF DELIVERY: NEW YORK, NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO MARK AND NUMBERS | QUANTITY AND KIND OF PACKAGES | KIND OF PACKAGES:DESCRIPTION OF GOOD | MEASUREMENTS(CBM) GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br><br>UESU4180064/EMCHEV1948<br>/4157CTNS/22000.000KGS<br>/54CBM/40GP | 4157 CTNS<br><br>CY-CY<br><br>1X40' GP<br><br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br><br>PLASTIC BAGS<br><br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.<br><br>TELEX RELEASE | 22000.000KGS<br>54.0000 CBM |

(Seal: WEIFANG XINLI PLASTIC PRODUCTS CO., LTD. 潍坊鑫利塑料制品有限公司)

TOTAL NO.OF PACKAGES OR CONTAINERS(INWORDS) SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY.

| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL |
|---|---|---|---|---|---|---|
| | | | | | | **ON BOARD** |
| | | | | | | PLACE OF B(S)/L ISSUE<br>QINGDAO |
| | | | | | | NO OFORIGINAL B(S)/L SIGNED |
| DOMESTIC ROTING/EXPORT INSTRUCTION/EXPORT | | | | | | DATE OF B(S)/L ISSUED<br>2010-5-12 |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.
IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

**SIGNED ON BEHALF OF THE CARRIER:**

AS AGENT OF THE CARRIER.
SINOTRANS EXPRESS INC

濰坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# INVOICE

TO:
JBM TRADING,INC

INVOICE NO: XL100505

DATE: 2010-5-11

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS | | | |
| | 12"X20" ROLL BAGS NET WEIGHT:12.00LB | 1221 | 8.983 | $10,968.24 |
| | 12"X20" ROLL BAGS NET WEIGHT:10.00LB | 2936 | 6.580 | $19,318.88 |
| | | | SUB TOTAL | $30,287.12 |
| | | | INVOICE TOTAL | $30,287.12 |

CONTAINER AND SEAL NO.:
TGHU4794729 / EMCHEK9988
1X40' B/L No.: 140000334249
VESSEL / VOY : EVER DYNAMIC V. 0431-069E

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# PACKING LIST

TO:
JBM TRADING,INC

INVOICE NO: XL100505

DATE: 2010-5-11

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|---|---|---|---|---|---|
| | PLASTIC BAGS | | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:12.00LB | 1221 | | | |
| | 12"X20" ROLL BAGS | | | | |
| | NET WEIGHT:10.00LB | 2936 | | | |
| | | 4157CTNS | 22000KGS | 21600KGS | 54CBM |

WEI FANG XIN LI PLASTIC PRODUCTS CO., LTD

Authorized Signature

TOTAL: FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY.

YAHOO!邮箱

Releasing Containers

2010年6月8日 周二上午9:45

发件人: "chaomingzhen" <chaomingzhen@163.com>
收件人: "艳娟 王" <sunca3101@yahoo.com.cn>, "wfxj00777" <wfxj00777@yahoo.com.cn>

Mr Lee :

Please ralease the containers# THGU4794729 & # HMCU 1032445 .The payments will be made within 30 days. Thank You!

XL100505

Chao Ming Zhen

---

网易为中小企业免费提供企业邮箱（自主域名）



XL100505

| SHIPPER/EXPORTER<br>WEIFANG XINLI PLASTIC PRODUCTS CO., LTD<br>ADD:YANGJIABU HANTING BOROUGH WEIFANG CITY<br>SHANDONG, CHINA<br>TEL:86-0536-7263208<br>FAX:86-0536-7263209 | SUNWORLD INTERNATIONAL LOGISTICS<br>COMBINED TRANSPORT BILL OF LADING |
|---|---|
| CONSIGNEE<br>JBM TRADING. INC<br>1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204 | BILL OF LADING NO 140000334249 / DOCUMENT NO SWGR1005013<br>FOR DELIVERY OF GOODS PLEASE APPLY TO: |
| NOTIFY PARTY:(Complete name and address)<br>JBM TRADING. INC<br>1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204 | FORWARDING AGENT-REFERENCES:<br>SUNWORLD USA AGENT |
| PRE-CARRIAGE BY: / PLACE OF RECEIPT: | |
| VESSEL/VOYAGE: EVER DYNAMIC 0431-069E / PORT OF LOADING: QINGDAO | POINT AND COUNTRY OF ORIGIN: |
| PORT OF DISCHARGE: NEW YORK, NY / PLACE OF DELIVERY: NEW YORK, NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO MARK AND NUMBERS | QUANTITY AND KIND OF PACKAGES | KIND OF PACKAGES:DESCRIPTION OF GOOD | MEASUREMENTS(CBM) GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br>TGHU4794729/EMCHEK9988<br>/4157CTNS/22000.000KGS<br>/54CBM/40GP | 4157 CTNS<br>CY-CY<br>1X40' GP<br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br>PLASTIC BAGS<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.<br>TELEX RELEASE | 22000.000KGS<br>54.0000CBM |

WEIFANG XINLI PLASTIC PRODUCTS CO., LTD

TOTAL NO.OF PACKAGES OR CONTAINERS(INWORDS) SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SEVEN CTNS ONLY

| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | LADEN ON BORAD THE VESSEL |
|---|---|---|---|---|---|---|
| | | | | | | ON BOARD |
| | | | | | | PLACE OF B(S)/L ISSUE QINGDAO |
| | | | | | | NO OFORIGINAL B(S)/L SIGNED |
| DOMESTIC ROTING/EXPORT INSTRUCTION/EXPORT | | | | | | DATE OF B(S)/L ISSUED 2010-5-12 |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.
IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

SIGNED ON BEHALF OF THE CARRIER:

AS AGENT OF THE CARRIER.
SINOTRANS EXPRESS INC

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# INVOICE

TO:
JBM TRADING,INC

INVOICE NO: XL100508

DATE: 2010-5-14

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS<br>12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 2210 | 8.230 | $18,188.30 |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:10.00LB | 1946 | 6.580 | $12,804.68 |
| | | | SUB TOTAL | $30,992.98 |
| | | | INVOICE TOTAL | $30,992.98 |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD
[signature]
Authorized Signature

CONTAINER AND SEAL NO.:
EISU1719940 / EMCHDG8198
1X40' B/L No.: 140000380313
VESSEL / VOY : EVER REWARD V. 0432-096E

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# PACKING LIST

TO:
JBM TRADING,INC

INVOICE NO: XL100508

DATE: 2010-5-14

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|---|---|---|---|---|---|
| | PLASTIC BAGS<br>12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 2210 | | | |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:10.00LB | 1946 | | | |
| | | 4156CTNS | 22000KGS | 21600KGS | 54CBM |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD

Authorized Signature

TOTAL: FOUR THOUSAND ONE HUNDRED AND FIFTY SIX CTNS ONLY.

YAHOO!邮箱

来自chaomingzhen@163.com的邮件

发件人："chaomingzhen" <chaomingzhen@163.com>  2010年6月15日 周二下午9:43
收件人："wfxj00777" <wfxj00777@yahoo.com.cn>, "艳娟 王" <sunca3101@yahoo.com.cn>

Mr Lee:

please release the container #eisu1719940 It is arrived today. Payment is made in 30 days. Thank You .
Chao Ming Zhen

XL #3008

网易为中小企业免费提供企业邮箱（自主域名）



To 潍坊鑫利
3G-FAX数码传真机，从此不用耗材！

From

Date: 10-06-17 11:43

## SUNWORLD INTERNATIONAL LOGISTICS

### COMBINED TRANSPORT BILL OF LADING

SHIPPER/EXPORTER
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
ADD: YANGJIABU HANTING BOROUGH WEIFANG CITY
SHANDONG, CHINA
TEL: 86-0536-7263208
FAX: 86-0536-7263209

CONSIGNEE
JBM TRADING, INC
1643 74 STREET 1ST FLOOR, BROOKLYN NY 11204

BILL OF LADING NO: 140000380313

DOCUMENT NO: SWGR1005048

FOR DELIVERY OF GOODS PLEASE APPLY TO:

NOTIFY PARTY:(Complete name and address)
JBM TRADING, INC
1643 74 STREET 1ST FLOOR, BROOKLYN NY 11204

FORWARDING AGENT-REFERENCES:
SUNWORLD USA AGENT

| PRE-CARRIAGE BY: | PLACE OF RECEIPT: | |
|---|---|---|
| VESSEL/VOYAGE: EVER REWARD 0432-096E | PORT OF LOADING: QINGDAO | POINT AND COUNTRY OF ORIGIN: |
| PORT OF DISCHARGE: NEW YORK, NY | PLACE OF DELIVERY: NEW YORK, NY | FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY) |

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO MARK AND NUMBERS | QUANTITY AND KIND OF PACKAGES | KIND OF PACKAGES:DESCRIPTION OF GOOD | MEASUREMENTS(CBM) GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br>EISU1719940/EMCHDG8198 /4156CTNS/22000.000KGS /54CBM/40GP | 4156 CTNS<br>CY-CY<br>1X40' GP<br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br>PLASTIC BAGS<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.<br>TELEX RELEASE | 22000.000KGS<br>54.0000CBM |

WEIFANG XINLI PLASTIC PRODUCTS CO., LTD 潍坊鑫利塑料制品有限公司

TOTAL NO OF PACKAGES OR CONTAINERS(INWORDS): SAY FOUR THOUSAND ONE HUNDRED AND FIFTY SIX CTNS ONLY

| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

LADEN ON BORAD THE VESSEL
**ON BOARD**

PLACE OF B(S)/L SSUE: QINGDAO

NO.OFORIGINAL B(S)/L SIGNED

DATE OF B(S)/L ISSUED: 2010-5-19

DOMESTIC ROTING/EXPORT INSTRUCTION/EXPORT

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.
IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

SIGNED ON BEHALF OF THE CARRIER:

AS AGENT OF THE CARRIER.
SINOTRANS EXPRESS INC

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# INVOICE

TO:
JBM TRADING,INC

INVOICE NO: XL100601

DATE: 2010-6-4

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| SAP CODE | STOCK DESCRIPTION | CARTON QUANTITY | PRICE PER CAR (USD$) FOB QINGDAO | ITEM TOTAL USD$ |
|---|---|---|---|---|
| | PLASTIC BAGS<br>10"X15" ROLL BAGS<br>NET WEIGHT:10.00LB | 800 | 6.580 | $5,264.00 |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:10.00LB | 1694 | 6.580 | $11,146.52 |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 1694 | 8.230 | $13,941.62 |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD
[signature]
Authorized Signature

| | |
|---|---|
| SUB TOTAL | $30,352.14 |
| INVOICE TOTAL | $30,352.14 |

CONTAINER AND SEAL NO.:
EMCU1414893 / EMCHEL2698
1X40' B/L No.: 140000495960
VESSEL / VOY : EVER RADIANT V. 0435-015E

潍坊鑫利塑料制品有限公司
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
Add: Yangjiabu Hanting Borough Weifang Shandong China
Tel: 0086 536 7263208 Fax: 0086 536 7263209
E-mail: wfjinli@sina.com Post: 261100

# PACKING LIST

TO:
JBM TRADING,INC

INVOICE NO: XL100601

DATE: 2010-6-4

SHIPPED FROM QINGDAO ,CHINA TO NEW YORK,NY

| CODE | DESCRIPTION | QUANTITY (CTNS) | GROSS WEIGHT (KGS) | NET WEIGHT (KGS) | Units of Measure |
|---|---|---|---|---|---|
| | PLASTIC BAGS<br>10"X15" ROLL BAGS<br>NET WEIGHT:10.00LB | 800 | | | |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:10.00LB | 1694 | | | |
| | 12"X20" ROLL BAGS<br>NET WEIGHT:11.00LB | 1694 | | | |
| | | 4188CTNS | 22000KGS | 21600KGS | 54CBM |

WEI FANG XIN LI PLASTIC PRODUCTS CO.,LTD
Authorized Signature

TOTAL: FOUR THOUSAND ONE HUNDRED AND EIGHTY EIGHT CTNS ONLY.

YAHOO!® 邮箱

release container

发件人: "chaomingzhen" <chaomingzhen@163.com>

收件人: "wfxj00777" <wfxj00777@yahoo.com.cn>, "艳娟 王" <sunca3101@yahoo.com.cn>

2010年7月9日 周五上午12:27

Mr Lee :

Please release container EMCU1414893 that is arrived on 07/10/2010 . Payment will made within 30 days. Thank You.

xL100601

Chao Ming Zhen



To: 潍坊鑫利
3G-FAX数码传真机，从此不用耗材！

From:

Date: 10-07-12 10:07

SHIPPER/EXPORTER
WEIFANG XINLI PLASTIC PRODUCTS CO., LTD
ADD: YANGJIABU HANTING BOROUGH WEIFANG CITY
SHANDONG, CHINA
TEL: 86-0536-7263208
FAX: 86-0536-7263209

**SUNWORLD INTERNATIONAL LOGISTICS**

**COMBINED TRANSPORT BILL OF LADING**

CONSIGNEE
JBM TRADING. INC
1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204

BILL OF LADING NO: 140000495960

DOCUMENT NO: SWGR1006025

FOR DELIVERY OF GOODS PLEASE APPLY TO:

NOTIFY PARTY: (Complete name and address)
JBM TRADING. INC
1643 74 STREET 1ST FLOOR. BROOKLYN NY 11204

FORWARDING AGENT-REFERENCES:
SUNWORLD USA AGENT

| PRE-CARRIAGE BY: | PLACE OF RECEIPT: |
|---|---|
| VESSEL/VOYAGE: EVER RADIANT 0435-015E | PORT OF LOADING: QINGDAO |
| PORT OF DISCHARGE: NEW YORK, NY | PLACE OF DELIVERY: NEW YORK, NY |

POINT AND COUNTRY OF ORIGIN:

FINAL DESTINATION(FOR THE MERCHANTS REFERENCE ONLY)

PARTICULARS FURNISHED BY THE MERCHANT

| CONTAINER NO/SEAL NO MARK AND NUMBERS | QUANTITY AND KIND OF PACKAGES | KIND OF PACKAGES: DESCRIPTION OF GOOD | MEASUREMENTS(CBM) GROSS WEIGHT(KGS) |
|---|---|---|---|
| N/M<br>EMCU1414893/EMCHEL2698 /4187CTNS/22000.000KGS /54CBM/40GP | 4187 CTNS<br>CY-CY<br>1X40' GP<br>FREIGHT COLLECT | SHIPPER'S LOAD COUNT AND SEAL<br>PLASTIC BAGS<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS.<br>TELEX RELEASE | 22000.000KGS<br>54.0000 CBM |

WEIFANG XINLI PLASTIC PRODUCTS CO., LTD 潍坊鑫利塑料制品有限公司

TOTAL NO. OF PACKAGES OR CONTAINERS(INWORDS) SAY: FOUR THOUSAND ONE HUNDRED AND EIGHTY SEVEN CTNS ONLY.

| FREIGHT &CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

LADEN ON BORAD THE VESSEL
**ON BOARD**

PLACE OF B(S)/L ISSUE
QINGDAO

NO.OFORIGINAL B(S)/L SIGNED

DOMESTIC ROTING/EXPORT INSTRUCTION/EXPORT

DATE OF B(S)/L ISSUED
2010-6-10

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.
The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents, and value of the Goods are unknown to the Carrier.
IN WITNESS whereof three original Bill of Lading has been signed if not otherwise stated below, one of which to be completed the other(s) to be void. If required by the Carrier three original Bills Of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

SIGNED ON BEHALF OF THE CARRIER:

AS AGENT OF THE CARRIER.
SINOTRANS EXPRESS INC